## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

---

In re:

HEALTHMYNE, INC.

      Debtor.

Case No.
Chapter 11 Proceedings

---

### STATEMENT OF CORPORATE OWNERSHIP

---

HealthMyne, Inc. (the "**Debtor**"), pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1, states that the following information is true and correct:

  X    All corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interest are listed here:

1. CHV IV, L.P. (22.8%), a Delaware limited partnership

2. Venture Investors Early Stage Fund V Limited Partnership (14.91%), a Delaware limited partnership

3. 4490 Ventures, L.P. (14.41%), a Delaware limited partnership

OR

\_\_\_\_    There are no entities to report.

Dated: May 15, 2022.

                  **HealthMyne, Inc.**

                  Rose Higgins, CEO
                  Its: Authorized Representative